■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT M. PERSAMPIERE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Rohl, J.), rendered July 8, 1988.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mollen, P. J., Bracken, Rubin, Sullivan and Rosenblatt, JJ., concur.